CO-386-online
10/03

# United States District Court
# For the District of Columbia

MEIJER, INC. and
MEIJER DISTRIBUTION, INC.

        Plaintiff

     vs

ASTRAZENECA PHARMACEUTICALS L.P.;
ASTRAZENECA L.P.; ZENECA, INC.; and ZENECA
HOLDINGS, INC.

        Defendant

)
)
)
)
)
)
)
)
)
)
)

Civil Action No.   1:06-cv-02155 (RWR)

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for   Meijer, Inc. and Meijer Distribution, Inc.   certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of   Meijer, Inc. and Meijer Distribution, Inc.   which have

any outstanding securities in the hands of the public:

1) Plaintiff Meijer, Inc. (a private non-governmental entity) is a privately held corporation, which is a wholly owned subsidiary of Meijer Companies, Ltd.; 2) Plaintiff Meijer Distribution, Inc. (a private non-governmental entity) is a privately held corporation, which is a wholly owned subsidiary of Meijer, Inc.; and 3) No publicly held corporation owns 10% or more of the stock of Meijer, Inc. or Meijer Distribution, Inc.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Signature_

473284
BAR IDENTIFICATION NO.

Brian A. Ratner
Print Name

1100 New York Avenue, N.W. West Tower, Suite 500
Address

Washington, D.C. 20005
City      State     Zip Code

(202) 408-4600
Phone Number