## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
Meijer, Inc. and Meijer Distribution, Inc.,          :
                                                     :
              Plaintiffs,                            :
                                                     :
                                                     :   Civil Case Number:
         v.                                          :   1:06-cv-02155-RWR
                                                     :
AstraZeneca Pharmaceuticals, L.P.;                   :
AstraZeneca L.P.; Zeneca, Inc.;                      :
and Zeneca Holdings, Inc.                            :
                                                     :
              Defendants.                            :
                                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and among the attorneys for

the undersigned parties to this action, as follows:

The date for Defendants AstraZeneca Pharmaceuticals, L.P., AstraZeneca L.P.;

Zeneca, Inc., and Zeneca Holdings, Inc. (collectively, "AstraZeneca") to answer or otherwise

respond is extended to February 2, 2007 with respect to the Complaint served on AstraZeneca or

about January 10, 2007.

| | |
|---|---|
| By:_____/S/_____<br>Michael D. Hausfeld (D.C. Bar No. 153742)<br>Brian A. Ratner (D.C. Bar No. 473284)<br>Cohen, Milstein, Hausfeld & Toll<br>1100 New York Ave., N.W.<br>Washington, D.C. 20005<br>(202) 408-4600<br>(202) 408-4699 (fax)<br>(signed by Kristin G. Koehler with permission<br>of Michael D. Hausfeld)<br>*Attorney for Plaintiffs* | By:_____/S/_____<br>Kristin G. Koehler (D.C. Bar # 464422)<br>SIDLEY AUSTIN LLP<br>1501 K Street, N.W.<br>Washington, D.C. 20005<br>Ph. (202) 736-8000<br>Fax (202) 736-8711<br>*Attorney for Defendants* |

Dated: January 18, 2007

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Meijer, Inc. and Meijer Distribution, Inc.,　　　　　　 :

　　　　　　 :

　　　　Plaintiffs,　　　　　　 :

　　　　　　 :　 Civil Case Number:

　　v.　　　　　　 :　 1:06-cv-02155-RWR

　　　　　　 :

AstraZeneca Pharmaceuticals, L.P.;　　　　　 :

AstraZeneca L.P.; Zeneca, Inc.;　　　　　　 :

and Zeneca Holdings, Inc.　　　　　　 :

　　　　　　 :

　　　　Defendants.　　　　　　 :

　　　　　　 :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## [PROPOSED] ORDER

Upon consideration of the Stipulation in the present proceedings, and it appearing to the

Court that the Stipulation should be so ordered, it is hereby,

ORDERED that the Stipulation is so ordered, and that the date for Defendants

AstraZeneca Pharmaceuticals, L.P., AstraZeneca L.P.; Zeneca, Inc., and Zeneca Holdings, Inc. to

answer or otherwise respond is extended to February 2, 2007.

SO ORDERED this _____ day of _____, 2007:

_____

Judge Richard W. Roberts

**Copies to:**

Mark E. Haddad (D.C. Bar No. 442547)
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, California 90013

*Attorney for Defendants*

Michael D. Hausfeld (D.C. Bar No. 153742)
Brian A. Ratner (D.C. Bar No. 473284)
Cohen, Milstein, Hausfeld & Toll, PLLC
1100 New York Ave., N.W.
Washington, D.C. 20005

Linda P. Nussbaum, D.C.
Steig D. Olson
Cohen, Milstein, Hausfeld & Toll, PLLC
150 East 52nd Street, 30th Floor
New York, New York 10022

Joseph M. Vanek
David Germaine
Vanek, Vickers & Masini, P.C.
225 W. Washington 18th Floor
Chicago, IL 60606

Paul E. Slater
Sperling & Slater, P.C.
55 E. Monroe Street, Suite 3300
Chicago, IL 60603

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I have this 18th day of January, 2007, served a true and correct copy of the foregoing on counsel of record in this proceeding, by electronic means, as well as on all counsel listed below by United States mail, properly addressed and first class postage prepaid.

_____/S/_____

Kristin G. Koehler

Michael D. Hausfeld (D.C. Bar No. 153742)
Brian A. Ratner (D.C. Bar No. 473284)
Cohen, Milstein, Hausfeld & Toll, PLLC
1100 New York Ave., N.W.
Washington, D.C. 20005

Linda P. Nussbaum, D.C.
Steig D. Olson
Cohen, Milstein, Hausfeld & Toll, PLLC
150 East 52nd Street, 30th Floor
New York, New York 10022

Joseph M. Vanek
David Germaine
Vanek, Vickers & Masini, P.C.
225 W. Washington 18th Floor
Chicago, IL 60606

Paul E. Slater
Sperling & Slater, P.C.
55 E. Monroe Street, Suite 3300
Chicago, IL 60603