CO-386-online
10/03

# United States District Court
# For the District of Columbia

Meijer, Inc. and Meijer Distribution, Inc., )
)
)
)
vs        Plaintiff )
)
ASTRAZENECA )
PHARMACEUTICALS L.P., et al. )
)
Defendant )

Civil Action No. __1:06-cv-02155-RWR__

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __AstraZeneca LP__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __AstraZeneca LP__ which have any outstanding securities in the hands of the public:

AstraZeneca PLC

These representations are made in order that judges of this court may determine the need for recusal.

_____
Attorney of Record

_____
Signature

464422
BAR IDENTIFICATION NO.

Kristin Graham Koehler
Print Name

1501 K Street, N.W.
Address

Washington    DC    20005
City          State  Zip Code

(202) 736-8000
Phone Number

## CERTIFICATE OF SERVICE

I hereby certify that I this 18th day of January, 2007, caused to be served a true and correct copy of the Corporate Disclosure Statement of Defendant AstraZeneca LP on below-listed counsel of record in this proceeding, by United States mail, properly addressed and first class postage prepaid.

/s/
Kristin Graham Koehler

**COUNSEL OF RECORD:**

Michael D. Hausfeld (D.C. Bar No. 153742)
Brian A. Ratner (D.C. Bar No. 473284)
Cohen, Milstein, Hausfeld & Toll, PLLC
1100 New York Ave., N.W.
Washington, D.C. 20005

Linda P. Nussbaum, D.C.
Steig D. Olson
Cohen, Milstein, Hausfeld & Toll, PLLC
150 East 52nd Street, 30th Floor
New York, New York 10022

Joseph M. Vanek
David Germaine
Vanek, Vickers & Masini, P.C.
225 W. Washington 18th Floor
Chicago, IL 60606

Paul E. Slater
Sperling & Slater, P.C.
55 E. Monroe Street, Suite 3300
Chicago, IL 60603

v.