UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MEIJER, INC. and MEIJER DISTRIBUTION, INC., <br> *Plaintiffs*, <br><br> v. <br><br> ASTRAZENECA PHARMACEUTICALS L.P.; ASTRAZENECA L.P.; ZENECA, INC.; and ZENECA HOLDINGS, INC., <br><br> *Defendants*. | No. 1:06-cv-02155 (RWR) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to United States District Court of the District of Columbia Local Civil Rule 83.2(d), defendants AstraZeneca Pharmaceuticals LP, AstraZeneca LP, Zeneca Inc., and Zeneca Holdings, Inc. (collectively, "AstraZeneca"), by and through undersigned counsel, hereby moves this Court for leave for John W. Treece to appear as counsel *pro hac vice* in the above referenced case. In support of this Motion, the undersigned states:

1.  Sidley Austin LLP has been retained as counsel for AstraZeneca in this case. John W. Treece is a partner at the offices of Sidley Austin LLP at One South Dearborn Street, Chicago, Illinois 60603. His telephone number is (312) 853-7000 and his fax number is (312) 853-7036.

2.  Mr. Treece is a member in good standing of the Bar of the State of Illinois, since 1978, and as such is admitted to practice before the courts of the State of Illinois.

3. Mr. Treece is also admitted to practice before the United States Court of Appeals for the Seventh Circuit (since 1996), the United States Court of Appeals for the Federal Circuit (since 2002), the District Court for the Northern District of Illinois-General (since 1978), the United States District Court for the Northern District of Illinois-Trial Bar (since 1985), and the Supreme Court of Illinois (since 1978).

4. Mr. Treece has not been admitted to any other Bar, nor to practice before any other Court, except on a *pro hac vice* basis.

5. Mr. Treece has not been subject to disciplinary action by any Bar or court.

6. Mr. Treece has not been admitted *pro hac vice* in this Court within the last two years.

7. The Declaration of John W. Treece required by Local Civil Rule 83.2(d) is attached to this Motion as "Exhibit A."

In light of the foregoing, AstraZeneca respectfully requests that John W. Treece be admitted to appear as counsel *pro hac vice* in the above referenced case. A proposed order consistent with the foregoing is attached hereto.

Respectfully submitted,

/S/
Kristin G. Koehler (D.C. Bar # 464422)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Ph. (202) 736-8000
Fax (202) 736-8711

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEIJER, INC. and MEIJER DISTRIBUTION, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> ASTRAZENECA PHARMACEUTICALS L.P.; ASTRAZENECA L.P.; ZENECA, INC.; and ZENECA HOLDINGS, INC., <br><br> *Defendants*. | No. 1:06-cv-02155 (RWR) |

## ORDER

UPON CONSIDERATION of AstraZeneca's Motion for Admission *Pro Hac Vice* of John W. Treece, and the grounds stated in support of the Motion, and the Declaration of John W. Treece, and the entire record herein, it is hereby

ORDERED that AstraZeneca's Motion is granted; and it is

FURTHER ORDERED that John W. Treece is admitted as AstraZeneca's counsel *pro hac vice* in this case.

So ordered on this _____ day of _____, 2007.

_____
Honorable Richard W. Roberts
United States District Judge

**Copies to:**

Michael D. Hausfeld
Brian A. Ratner
COHEN, MILSTEIN, HAUSFELD
  &amp; TOLL, P.L.L.C.
1100 New York Avenue, N.W.
Washington, DC 20005

Linda P. Nussbaum
Steig D. Olson
COHEN, MILSTEIN, HAUSFELD
  &amp; TOLL, P.L.L.C.
150 East 52nd Street, 30th Floor
New York, NY 10022

Joseph M. Vanek
David Germaine
VANEK, VICKERS & MASINI, P.C.
225 W. Washington, 18th Floor
Chicago, IL 60606

Paul E. Slater
SPERLING & SLATER, P.C.
55 W. Monroe Street, Suite 3300
Chicago, IL 60603

Mark E. Haddad
Joshua E. Anderson
Alycia A. Degen
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013

John W. Treece
David M. Schiffman
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2007, I caused a true and correct copy of the foregoing on below-listed counsel by electronic means, as well as all counsel listed below by United States mail, properly addressed and first class postage prepaid.

Michael D. Hausfeld
Brian A. Ratner
COHEN, MILSTEIN, HAUSFELD
 & TOLL, P.L.L.C.
1100 New York Avenue, N.W.
Washington, DC 20005

Mark E. Haddad
Joshua E. Anderson
Alycia A. Degen
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013

Linda P. Nussbaum
Steig D. Olson
COHEN, MILSTEIN, HAUSFELD
 & TOLL, P.L.L.C.
150 East 52nd Street, 30th Floor
New York, NY 10022

John W. Treece
David M. Schiffman
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603

Joseph M. Vanek
David Germaine
VANEK, VICKERS & MASINI, P.C.
225 W. Washington, 18th Floor
Chicago, IL 60606

Paul E. Slater
SPERLING & SLATER, P.C.
55 W. Monroe Street, Suite 3300
Chicago, IL 60603

/S/
Kristin G. Koehler

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEIJER, INC. and MEIJER DISTRIBUTION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ASTRAZENECA PHARMACEUTICALS L.P.; ASTRAZENECA L.P.; ZENECA, INC.; and ZENECA HOLDINGS, INC., <br><br> Defendants. | No. 1:06-cv-02155 (RWR) |

### DECLARATION OF JOHN W. TREECE IN SUPPORT OF DEFENDANTS' MOTION FOR ADMISSION *PRO HAC VICE*

I, John W. Treece, do declare and state the following under penalty of perjury:

1. My full name is John W. Treece.

2. I am an attorney at Sidley Austin LLP. My office is located at One South Dearborn Street, Chicago, Illinois 60603. My telephone number is (312) 853-7000 and my fax number is (312) 853-7036.

3. I have been retained as counsel for defendants AstraZeneca Pharmaceuticals LP, AstraZeneca LP, Zeneca Inc., and Zeneca Holdings, Inc. to appear as counsel *pro hac vice* in the above referenced case, pursuant to United States District Court of the District of Columbia Local Civil Rule 83.2(d).

4. I am a member in good standing of the Bar of the State of Illinois, since 1978, and as such I am admitted to practice before the courts of the State of Illinois.

5. I am also admitted to practice before the United States Court of Appeals for the Seventh Circuit (since 1996), the United States Court of Appeals for the Federal Circuit (since 2002), the District Court for the Northern District of Illinois-General (since 1978), the United States District Court for the Northern District of Illinois-Trial Bar (since 1985), and the Supreme Court of Illinois (since 1978).

6. I have not been admitted to any other Bar, nor to practice before any other Court, except on a *pro hac vice* basis.

7. I have not been subject to disciplinary action by any Bar or court.

8. I have not been admitted *pro hac vice* in this Court within the last two years.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 17th day of January, 2007 in Chicago, Illinois.

John W. Treece
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Ph. (312) 853-7000
Fax (312) 853-7036