UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEIJER, INC. and MEIJER DISTRIBUTION, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ASTRAZENECA PHARMACEUTICALS LP. ASTRAZENECA LP; ZENECA, INC.; and ZENECA HOLDINGS, INC.<br><br>    Defendants. | Case No. 1:06-cv-02155-RWR |
| LOUISIANA WHOLESALE DRUG CO., INC., on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>ASTRAZENECA PHARMACEUTICALS L.P., ASTRAZENECA L.P., ZENECA, INC., and ZENECA HOLDINGS, INC.,<br><br>    Defendants. | Case No. 1:06-cv-02157-RWR |

| | |
|---|---|
| BURLINGTON DRUG COMPANY, INC., DIK DRUG COMPANY, and KING DRUG COMPANY OF FLORENCE, INC., on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br>v.<br><br>ASTRAZENECA PHARMACEUTICALS L.P., ASTRAZENECA L.P., ZENECA, INC., and ZENECA HOLDINGS, INC.,<br><br>      Defendants. | Case No. 1:07-cv-0041-RWR |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO
## MOTION FOR ENTRY OF PROPOSED CASE MANAGEMENT ORDER NO. 1

  Plaintiffs Meijer, Inc. and Meijer Distribution, Inc. (collectively "Meijer") hereby seek a three-week extension of time to respond to the motion filed by Louisiana Wholesale Drug Co., Inc., Burlington Drug Company, Inc., Dik Drug Company, and King Drug Company of Florence, Inc. (collectively, the "LWD Plaintiffs") for entry of Proposed Case Management Order No. 1 ("CMO No. 1") consolidating all similar direct purchaser antitrust class actions against AstraZeneca Pharmaceuticals LP *et al.*, and appointing Garwin Gerstein & Fisher LLP as sole lead counsel in the consolidated litigation.

  Meijer which filed the first direct-purchaser class action, intends to file opposition papers to that motion but needs additional time in which to do so. Meijer has been represented by Linda Nussbaum, Esq. of Cohen Milstein Hausfeld & Toll P.L.L.C. ("Cohen Milstein") in this litigation. Ms. Nussbaum is in the process of leaving Cohen Milstein and will shortly be joining Kaplan Fox & Kilsheimer LLP ("Kaplan Fox") as a partner. Meijer has informed Cohen Milstein that it wishes Kaplan Fox to represent it in this litigation in place of Cohen Milstein. It is expected that this transition will be completed within the next few weeks.

Accordingly, Meijer respectfully requests that the Court grant a three-week extension of time, until March 9, 2007, for Meijer to respond to the LWD Plaintiffs' motion for entry of CMO No.1. Because this litigation is in its early stages, this extension will not unduly prejudice any party.

Meijer has sought the consent of counsel for the LWD Plaintiffs to this extension, but they have not agreed to this request.

Dated: February 15, 2007

Yours, etc.

KAPLAN FOX & KILSHEIMER LLP

By: /s/ Richard J. Kilsheimer
    Robert N. Kaplan
    Richard J. Kilsheimer
805 Third Avenue, 22nd Floor
New York, NY 10022
Tel: (212) 687-1980
Fax: (212) 687-7714
E-mail: rkilsheimer@kaplanfox.com

VANEK, VICKERS & MASINI, P.C.
Joseph M. Vanek
111 S. Wacker Drive
Chicago, IL 60606
Tel: (312) 224-1500

SPERLING & SLATER
Paul E. Slater
55 West Monroe Street
Suite 3200
Chicago, Illinois 60603
Tel.: (312) 641-3200

*Co-Counsel for Plaintiffs Meijer, Inc. and Meijer Distribution, Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEIJER, INC. and MEIJER DISTRIBUTION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ASTRAZENECA PHARMACEUTICALS LP.; ASTRAZENECA LP; ZENECA, INC.; and<br>ZENECA HOLDINGS, INC.<br><br>Defendants. | Case No. 1:06-cv-02155-RWR |
| LOUISIANA WHOLESALE DRUG CO., INC., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ASTRAZENECA PHARMACEUTICALS L.P., ASTRAZENECA L.P., ZENECA, INC., and ZENECA HOLDINGS, INC.,<br><br>Defendants. | Case No. 1:06-cv-02157-RWR |

| | |
|---|---|
| BURLINGTON DRUG COMPANY, INC., DIK DRUG COMPANY, and KING DRUG COMPANY OF FLORENCE, INC., on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>ASTRAZENECA PHARMACEUTICALS L.P., ASTRAZENECA L.P., ZENECA, INC., and ZENECA HOLDINGS, INC.,<br><br>    Defendants. | Case No. 1:07-cv-0041-RWR |

## PROPOSED ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR ENTRY OF PROPOSED CASE MANAGEMENT ORDER NO. 1

Upon the Motion of Meijer, Inc. and Meijer Distribution, Inc. for an extension of time to respond to motion for entry of proposed Case Management Order No. 1, and the Court being fully informed, it is hereby;

ORDERED, that the motion is granted. The time to respond to the motion for entry of Case Management Order No. 1 in this litigation is hereby extended through and including March 9, 2007.

Dated: Washington, D.C.
   February ____, 2007

                      _____
                       Richard W. Roberts
                       United States District Judge