UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEIJER, INC. and MEIJER DISTRIBUTION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ASTRAZENECA PHARMACEUTICALS L.P., ASTRAZENECA L.P., ZENECA, INC., and ZENECA HOLDINGS, INC.<br><br>Defendants. | Case No. 1:06-CV-02155 (RWR) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

You are hereby notified that COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C. hereby withdraws its appearance as attorneys of record for Plaintiffs Meijer, Inc. and Meijer Distribution, Inc. Withdrawal of counsel will not cause any prejudice to plaintiffs, as Linda P. Nussbaum, formerly of Cohen, Milstein, Hausfeld & Toll, P.L.L.C., will remain counsel for Plaintiffs, and all future pleadings and correspondence should be sent to Ms. Nussbaum at the following address:

> Linda P. Nussbaum, Esq.
> Kaplan Fox & Kilsheimer LLP
> 805 Third Avenue
> 22nd Floor
> New York, New York  10022
> Telephone No.:  (212) 687-1980
> Facsimile No.:  (212) 687-7714
> Email Address:  lnussbaum@kaplanfox.com

Dated: March 13, 2007

Respectfully submitted,

/s/ Brian A. Ratner

Brian A. Ratner, D.C. Bar No. 473284
COHEN, MILSTEIN, HAUSFELD
 & TOLL, P.L.L.C.
1100 New York Avenue, N.W.
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699