IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------X
Meijer, Inc. and Meijer Distribution, Inc.,

        Plaintiffs,

    v.                                                                 Civil Case Number:
                                                         1:06-cv-02155-RWR

AstraZeneca Pharmaceuticals L.P.;
AstraZeneca L.P.; Zeneca, Inc.;
and Zeneca Holdings, Inc.,

        Defendants.
------------------------------------------------X

## STIPULATION

This Stipulation relates to the following actions:

- *Walgreen Co., et al. v. AstraZeneca Pharmaceuticals L.P., et al.*, No. 1:06-cv-02084-RWR;

- *Rite Aid Corporation, et al. v. AstraZeneca Pharmaceuticals L.P., et al.*, No. 1:06-cv-02089-RWR;

- *Meijer, Inc., et al. v. AstraZeneca Pharmaceuticals L.P., et al.*, No. 1:06-cv-02155-RWR;

- *Louisiana Wholesale Drug. Co., Inc. v. AstraZeneca Pharmaceuticals L.P., et al.*, No. 1:06-cv-02157-RWR; and

- *Burlington Drug Company, Inc., et al. v. AstraZeneca Pharmaceuticals L.P., et al.*, No. 1:07-cv-00041-RWR

WHEREAS, the Complaints in the foregoing actions (the "Related Actions") were filed, and served on Defendants AstraZeneca Pharmaceuticals LP, AstraZeneca LP, Zeneca Inc., and Zeneca Holdings, Inc. (collectively, "AstraZeneca"), on various dates between December 7, 2006, and January 12, 2007;

WHEREAS, the parties previously filed stipulations extending to March 28, 2007, the date for AstraZeneca to answer or otherwise respond to the Complaints in the Related Actions;

WHEREAS, on February 28, 2007, the Plaintiffs in the Related Actions filed separate Amended Complaints, which present meaningfully different allegations than were presented in the original Complaints;

WHEREAS, for the Court's and the parties' convenience, AstraZeneca intends to file a single motion to dismiss the Amended Complaints in all of the Related Actions, as well as a single reply to any opposition(s);

WHEREAS, the Plaintiffs in the Related Actions, for the Court's and the parties' convenience, seek to file a single, or at most, two, opposition(s) to AstraZeneca's motion to dismiss;

IT IS HEREBY STIPULATED AND AGREED, by and among the attorneys for the undersigned parties to the Related Actions, as follows:

1. AstraZeneca will file and serve its motion to dismiss the Related Actions on or before April 6, 2007.

2. Plaintiffs will file and serve their opposition(s) to AstraZeneca's motion to dismiss twenty-eight (28) days thereafter, but not later than May 4, 2007.

3.  AstraZeneca will file its reply brief in support of its motion to dismiss twenty-one (21) days thereafter, but not later than May 25, 2007.

| By: /S/ <br> Linda P. Nussbaum (D.C. Bar No. 483254) <br> KAPLAN FOX & KILSHEIMER LLP <br> 805 Third Avenue, 22nd Floor <br> New York, NY 10022 <br> (212) 687-1980 <br> (212) 687-7714 (fax) <br> (signed by Mark E. Haddad with permission of Linda P. Nussbaum) <br> *Attorney for Plaintiffs* | By: /S/ <br> Mark E. Haddad (D.C. Bar No. 442547) <br> SIDLEY AUSTIN LLP <br> 555 West Fifth Street <br> Los Angeles, CA 90013 <br> (213) 896-6000 <br> (213) 896-6600 (fax) <br> *Attorney for Defendants* |
|---|---|

Dated: March 28, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------X
Meijer, Inc. and Meijer Distribution, Inc.,

        Plaintiffs,

    v.

AstraZeneca Pharmaceuticals L.P.;
AstraZeneca L.P.; Zeneca, Inc.;
and Zeneca Holdings, Inc.,

        Defendants.

------------------------------------X

Civil Case Number:
1:06-cv-02155-RWR

**[PROPOSED] ORDER**

Upon consideration of the Stipulation in the present proceedings, and it appearing to the Court that the Stipulation should be so ordered, it is hereby

ORDERED that the Stipulation is so ordered, and that:

1. AstraZeneca will file and serve its motion to dismiss the following Related Actions on or before April 6, 2007: *Walgreen Co., et al. v. AstraZeneca Pharmaceuticals L.P., et al.*, No. 1:06-cv-02084-RWR; *Rite Aid Corporation, et al. v. AstraZeneca Pharmaceuticals L.P., et al.*, No. 1:06-cv-02089-RWR; *Meijer, Inc., et al. v. AstraZeneca Pharmaceuticals L.P., et al.*, No. 1:06-cv-02155-RWR; *Louisiana Wholesale Drug. Co., Inc. v. AstraZeneca Pharmaceuticals L.P., et al.*, No. 1:06-cv-02157-RWR; and *Burlington Drug Company, Inc., et al. v. AstraZeneca Pharmaceuticals L.P., et al.*, No. 1:07-cv-00041-RWR.

2. Plaintiffs will file and serve their opposition(s) to AstraZeneca's motion to dismiss twenty-eight (28) days thereafter, but not later than May 4, 2007.

3. AstraZeneca will file its reply brief in support of its motion to dismiss twenty-one (21) days thereafter, but not later than May 25, 2007.

SO ORDERED this _____ day of _____, 2007:


_____
Judge Richard W. Roberts

**Copies to:**

Linda P. Nussbaum
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue, 22nd Floor
New York, NY 10022

Joseph M. Vanek
David Germaine
Vanek, Vickers & Masini, P.C.
225 W. Washington 18th Floor
Chicago, IL 60606

Paul E. Slater
Sperling & Slater, P.C.
55 W. Monroe Street, Suite 3300
Chicago, IL 60603

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I have this 28th day of March, 2007, served a true and correct copy of the foregoing on counsel of record in this proceeding, by electronic means, as well as on all counsel listed below by United States mail, properly addressed and first class postage prepaid.



/S/
Mark E. Haddad

Linda P. Nussbaum
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue, 22nd Floor
New York, NY 10022

Joseph M. Vanek
David Germaine
Vanek, Vickers & Masini, P.C.
225 W. Washington 18th Floor
Chicago, IL 60606

Paul E. Slater
Sperling & Slater, P.C.
55 W. Monroe Street, Suite 3300
Chicago, IL 60603

LA1 902540v.1