IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------X

MEIJER, INC. and MEIJER DISTRIBUTION, INC.,
    2929 Walker Ave., NW
    Grand Rapids, MI 49544,

                            Plaintiffs,

    v.

ASTRAZENECA PHARMACEUTICALS LP.
ASTRAZENECA LP; ZENECS, INC.; and
ZENECA HOLDINGS, INC.

                            Defendants.

------------------------------------------------------------X

Case No. 1:06CV02155

## STIPULATION

This Stipulation relates to the following actions:

- *Walgreen Co., et al. v. AstraZeneca Pharmaceuticals L.P., et al.*, No. 1:06-cv-02084-RWR;

- *Rite Aid Corporation, et al. v. AstraZeneca Pharmaceuticals L.P., et al.*, No. 1:06-cv-02089-RWR;

- *Meijer, Inc., et al. v. AstraZeneca Pharmaceuticals L.P., et al.*, No. 1:06-cv-02155-RWR;

- *Louisiana Wholesale Drug Co., Inc. v. AstraZeneca Pharmaceuticals L.P., et al.*, No. 1:07-cv-00041-RWR; and

- *Burlington Drug Company, Inc., et al. v. AstraZeneca Pharmaceuticals L.P., et al.*, No. 1:07-cv-00041-RWR.

WHEREAS, the Complaints in the Foregoing actions (the "Related Actions") were filed, and served on Defendants AstraZeneca Pharmaceuticals LP, AstraZeneca LP, Zeneca Inc., and Zeneca Holdings, Inc. (collectively, "AstraZeneca"), on various dates between December 7, 2006 and January 12, 2007;

WHEREAS, the parties previously filed stipulations extending to April 6, 2007, the date for AstraZeneca to answer or otherwise respond to the Complaints in the Related Actions;

WHEREAS, on February 28, 2007, the Plaintiffs in the Related Actions filed separate Amended Complaints;

WHEREAS, on April 6, 2007, AstraZeneca filed a single motion to dismiss the Amended Complaints in all of the Related Actions;

WHEREAS, the Plaintiffs in the Related Actions, for the Court's and the parties' convenience, seek to file a single, or at most, two, opposition(s) to AstraZeneca's motion to dismiss;

IT IS HEREBY STIPULATED AND AGREED, by and among the attorneys for the undersigned parties to the Related Actions, as follows:

1. Plaintiffs will file and serve their opposition(s) to AstraZeneca's motion to dismiss forty-five (45) days thereafter, but not later than May 21, 2007.

2. AstraZeneca will file its reply brief in support of its motion to dismiss thirty (30) days thereafter, but not later than June 20, 2007.

| By: _____/S/_____ | By: _____/S/_____ |
|---|---|
| Linda P. Nussbaum (D.C. Bar No. 483254)<br>KAPLAN FOX & KILSHIMER<br>Robert N. Kaplan<br>805 Third Avenue, 22nd Floor<br>New York, NY 10022<br>(212) 687-1980<br>(212) 687-7714 (fax)<br>*Attorney for Plaintiffs* | Mark E. Haddad (D.C. Bar No. 442547)<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013<br>(213) 896-6000<br>(213) 896-6600 (fax)<br>*Attorney for Defendants*<br>(signed by Linda P. Nussbaum with permission of Mark E. Haddad) |

Dated: April 19, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------X
MEIJER, INC. and MEIJER DISTRIBUTION,     Case No. 1:06CV02155
INC.,
    2929 Walker Ave., NW
    Grand Rapids, MI 49544,

                        Plaintiffs,

    v.

ASTRAZENECA PHARMACEUTICALS LP.
ASTRAZENECA LP; ZENECS, INC.; and
ZENECA HOLDINGS, INC.

                        Defendants.
---------------------------------------------------------------X

## [PROPOSED] ORDER

Upon consideration of the Stipulation in the present proceedings, and it appearing to the Court that the Stipulation should be so ordered, it is hereby,

ORDERED that the Stipulation is so ordered, and that:

1.     Plaintiffs will file and serve their opposition(s) to AstraZeneca's motion to dismiss forty-five (45) days thereafter, but not later than May 21, 2007.

2.     AstraZeneca will file its reply brief in support of its motion to dismiss thirty (30) days thereafter, but not later than June 20, 2007.

        SO ORDERED this ____ day of _____, 2007:

        _____
                Judge Richard W. Roberts

**Copies to:**
Mark Haddad
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013

John Treece
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603

3

## CERTIFICATE OF SERVICE

I hereby certify that I have this 19th day of April, 2007, served a true and correct copy of the foregoing on below-listed counsel of record in this proceeding, by electronic means, as well as by United States mail, properly addressed and first class postage prepaid.

_____/S/_____
Linda P. Nussbaum

**COUNSEL OF RECORD:**
Mark Haddad
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013

John Treece
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603