IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE NIFEDIPINE ANTITRUST LITIGATION ) ) ) ) ) | Civil Action No. 1:03-MS-223 (RJL) |
| This Document Relates To: ) ) ALL ACTIONS ) ) | MDL No. 1515<br><br>Honorable Richard J. Leon |

PLEASE TAKE NOTICE that effective July 2, 2007, the firm address of Kaplan Fox & Kilsheimer LLP, Sherman Act Class Plaintiffs' Lead Counsel, will be 850 Third Avenue, 14th Floor, New York, New York 10022.

The firm's telephone number and fax numbers will remain the same.

Dated: June 28, 2007

Yours, etc.

KAPLAN FOX & KILSHEIMER LLP

By: /s/ Richard J. Kilsheimer
 Richard J. Kilsheimer (RK-6228)
 Christine M. Fox
850 Third Avenue, 14th Floor
New York, NY 10022
Tel: (212) 687-1980
Fax: (212) 687-7714
E-mail: rkilsheimer@kaplanfox.com

*Sherman Act Class Plaintiffs' Lead Counsel*