UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-----------------------------------------------------------------X

MEIJER, INC. and MEIJER DISTRIBUTION, INC.,
    2929 Walker Ave., NW
    Grand Rapids, MI 49544,

                  Plaintiffs,

v.

ASTRAZENECA PHARMACEUTICALS LP.
ASTRAZENECA LP; ZENECS, INC.; and
ZENECA HOLDINGS, INC.

                  Defendants.

-----------------------------------------------------------------X

Case No. 1:06CV02155

**NOTICE OF CHANGE OF FIRM ADDRESS**

PLEASE TAKE NOTICE that effective July 2, 2007, the firm address of Kaplan Fox & Kilsheimer LLP, counsel for plaintiffs Meijer, Inc. and Meijer Distribution, Inc., will be 850 Third Avenue, 14th Floor, New York, New York 10022.

The firm's telephone number and fax numbers will remain the same.

Dated: June 28, 2007

Yours, etc.

KAPLAN FOX & KILSHEIMER LLP

By: /s/ Linda P. Nussbaum
      Linda P. Nussbaum
      Robert N. Kaplan
      Richard J. Kilsheimer
850 Third Avenue, 14th Floor
New York, NY 10022
Tel: (212) 687-1980
Fax: (212) 687-7714
E-mail: rkilsheimer@kaplanfox.com

*Counsel for Plaintiffs Meijer, Inc.
and Meijer Distribution, Inc.*