UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MEIJER, INC. and MEIJER
DISTRIBUTION, INC.,

        *Plaintiffs*,

v.

ASTRAZENECA PHARMACEUTICALS
L.P.; ASTRAZENECA L.P.; ZENECA, INC.;
and ZENECA HOLDINGS, INC.,

        *Defendants*.

No. 1:06-cv-02155

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to United States District Court to the District of Columbia Local Civil Rule 83.2(d), plaintiffs Meijer, Inc. and Meijer Distribution (collectively, "Meijer"), by and through undersigned counsel, hereby moves this Court for leave for David P. Germaine to appear as counsel *pro hac vice* in the above referenced case. In support of this Motion, the undersigned states:

1. Vanek, Vickers & Masini P.C. has been retained as counsel for Meijer in this case. David P. Germaine is a partner at the offices of Vanek Vickers & Masini P.C. at 111 South Wacker Drive, Suite 4050, Chicago, Illinois 60606. His telephone number is (312) 224-1500 and his facsimile number is (312) 224-1510.

2. Mr. Germaine is a member in good standing of the Bar of the State of Illinois, and as such is admitted to practice before the courts of the State of Illinois.

3. Mr. Germaine is also admitted to practice before the Federal Circuit and the Northern District of Illinois.

4. Mr. Germaine has not been admitted to any other Bar, nor to practice before any other Court.

5. Mr. Germaine has not been subject to disciplinary action by any Bar or court.

6.  Mr. Germaine has been admitted *pro hac vice* in less than five unrelated cases in this Court within the last year.

7.  The Declaration of David P. Germaine required by the Local Civil Rule 83.2(d) is attached to this Motion as Exhibit A.

In light of the foregoing, Meijer respectfully requests that David P. Germaine be admitted to appear as counsel pro hac vice in the above referenced case. A proposed order consistent with the foregoing is attached hereto.

Respectfully submitted,

/S/
Linda P. Nussbaum (D.C. Bar # 483254)
**Kaplan Fox & Kilsheimer LLP**
**805 Third Avenue, 22nd Floor**
**New York, NY 10022**

**Copies to:**

Michael D. Hausfeld
Brian A. Ratner
COHEN, MILSTEIN, HAUSFELD
 & TOLL, P.L.L.C.
1100 New York Avenue, N.W.
Washington, DC 20005

Mark E. Haddad
Joshua E. Anderson
Alicia A. Degen
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013

Robert N. Kaplan
Linda P. Nussbaum
**Kaplan Fox & Kilsheimer LLP**
**805 Third Avenue, 22nd Floor**
**New York, NY 10022**

John W. Treece
David M. Schiffman
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603

Joseph M. Vanek
David Germaine
VANEK VICKERS & MASINI P.C.
111 South Wacker Drive, Suite 4050
Chicago, IL 60606

Paul E. Slater
SPERLING & SLATER, P.C.
55 W. Monroe Street, Suite 3300
Chicago, Illinois 60603

Steig Olson
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
150 E. 52nd St., 30th Floor
New York, NY 10022

**CERTIFICATE OF SERVICE**

I hereby certify that on _____ , 2007, I caused a true and correct copy of the foregoing on below-listed counsel by electronic means, as well as all counsel listed below by United States mail, properly addressed and first class postage prepaid.

Michael D. Hausfeld
Brian A. Ratner
COHEN, MILSTEIN, HAUSFELD
 & TOLL, P.L.L.C.
1100 New York Avenue, N.W.
Washington, DC 20005

Robert N. Kaplan
Linda P. Nussbaum
**Kaplan Fox & Kilsheimer LLP**
**805 Third Avenue, 22nd Floor**
**New York, NY 10022**

Steig Olson
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
150 E. 52nd St., 30th Fl.
New York, NY 10022

Paul E. Slater
SPERLING & SLATER, P.C.
55 W. Monroe Street, Suite 3300
Chicago, Illinois 60603

/S/
_____
Linda P. Nussbaum

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEIJER, INC. and MEIJER DISTRIBUTION, INC., | |
| Plaintiffs, | No. 1:06-cv-02155 |
| v. | |
| ASTRAZENECA PHARMACEUTICALS L.P.; ASTRAZENECA L.P.; ZENECA, INC.; and ZENECA HOLDINGS, INC., | |
| Defendants. | |

### DECLARATION OF DAVID P. GERMAINE IN SUPPORT OF DEFENDANTS' MOTION FOR ADMISSION *PRO HAC VICE*

I, David P. Germaine, do declare and state the following under penalty of perjury:

1. My full name is David P. Germaine.

2. I am an attorney at Vanek Vickers & Masini P.C. My office is located at 111 South Wacker Drive, Suite 4050, Chicago, Illinois 60606. My telephone number is (312) 224-1500 and my facsimile number is (312) 224-1510.

3. I have been retained as counsel for Meijer, Inc. and Meijer Distribution, Inc. to appear as counsel *pro hac vice* in the above referenced case, pursuant to United States District Court of the District of Columbia Local Civil Rule 83.2(d).

4. I am a member in good standing of the Bar of the State of Illinois, and as such I am admitted to practice before the courts of the State of Illinois.

5. I am also admitted to practice before the Supreme Court of the United States, as well as the United States Court of Appeals for the Third, Fifth and

      Ninth Federal Circuits and the United States District Court for the Northern and Central Districts of Illinois.

6.   I am also a member of the bar of the Commonwealth of Massachusetts

7.   I have not been subject to disciplinary action by any Bar or court.

8.   I have been admitted *pro hac vice* in less than five unrelated cases in this Court within the last year.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 13th day of September, 2007 in Chicago, Illinois.

David P. Germaine
Vanek Vickers & Masini P.C.
111 South Wacker Drive
Suite 4050
Chicago, Illinois 60606
Ph. (312) 224-1500
Fax (312) 224-1510

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MEIJER, INC. and MEIJER
DISTRIBUTION, INC.,

No. 1:06-cv-02155

*Plaintiffs*,

v.

ASTRAZENECA PHARMACEUTICALS
L.P.; ASTRAZENECA L.P.; ZENECA, INC.;
and ZENECA HOLDINGS, INC.,

*Defendants*.

## ORDER

UPON CONSIDERATION of Meijer's Motion for Admission *Pro Hac Vice* of David P. Germaine, and the grounds stated in support of the Motion, and the Declaration of David P. Germaine, and the entire record herein, it is hereby

ORDERED that Meijer's Motion is granted; and it is

FUTHER ORDERED that David P. Germaine is admitted as Meijer's counsel pro hac vice in this case.

So ordered on this _____ day of _____, 2007.

_____
Honorable Richard W. Roberts
United States District Judge