UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MEIJER, INC. and MEIJER
DISTRIBUTION, INC.,

No. 1:06-cv-02155

*Plaintiffs*,

v.

ASTRAZENECA PHARMACEUTICALS
L.P.; ASTRAZENECA L.P.; ZENECA, INC.;
and ZENECA HOLDINGS, INC.,

*Defendants*.

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to United States District Court to the District of Columbia Local Civil Rule 83.2(d), plaintiffs Meijer, Inc. and Meijer Distribution (collectively, "Meijer"), by and through undersigned counsel, hereby moves this Court for leave for Joseph M. Vanek to appear as counsel *pro hac vice* in the above referenced case. In support of this Motion, the undersigned states:

1. Vanek, Vickers & Masini P.C. has been retained as counsel for Meijer in this case. Joseph M. Vanek is a partner at the offices of Vanek Vickers & Masini P.C. at 111 South Wacker Drive, Suite 4050, Chicago, Illinois 60606. His telephone number is (312) 224-1500 and his facsimile number is (312) 224-1510.

2. Mr. Vanek is a member in good standing of the Bar of the State of Illinois, and as such is admitted to practice before the courts of the State of Illinois.

3. Mr. Vanek is also admitted to practice before the Supreme Court of the United States, as well as the United States Court of Appeals for the Third, Fifth and Ninth Federal Circuits and the United States District Court for the Northern and Central Districts of Illinois.

4. Mr. Vanek is also a member of the bar of the Commonwealth of Massachusetts

5. Mr. Vanek has not been subject to disciplinary action by any Bar or court.

6. Mr. Vanek has been admitted *pro hac vice* in less than five unrelated cases in this Court within the last year.

7. The Declaration of Joseph M. Vanek required by the Local Civil Rule 83.2(d) is attached to this Motion as Exhibit A.

In light of the foregoing, Meijer respectfully requests that Joseph M. Vanek be admitted to appear as counsel *pro hac vice* in the above referenced case. A proposed order consistent with the foregoing is attached hereto.

Respectfully submitted,

_____/S/_____
Linda P. Nussbaum (D.C. Bar # 483254)
Kaplan Fox & Kilsheimer LLP
805 Third Avenue, 22nd Floor
New York, NY 10022

**Copies to:**

Michael D. Hausfeld
Brian A. Ratner
COHEN, MILSTEIN, HAUSFELD
  & TOLL, P.L.L.C.
1100 New York Avenue, N.W.
Washington, DC 20005

Robert N. Kaplan
Linda P. Nussbaum
Kaplan Fox & Kilsheimer LLP
805 Third Avenue, 22nd Floor
New York, NY 10022

Joseph M. Vanek
David Germaine
VANEK VICKERS & MASINI P.C.
111 South Wacker Drive, Suite 4050
Chicago, IL 60606

Paul E. Slater
SPERLING & SLATER, P.C.
55 W. Monroe Street, Suite 3300
Chicago, Illinois 60603

Steig Olson
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
150 E. 52nd St., 30th Floor
New York, NY 10022

Mark E. Haddad
Joshua E. Anderson
Alicia A. Degen
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013

John W. Treece
David M. Schiffman
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603

# CERTIFICATE OF SERVICE

I hereby certify that on _____ , 2007, I caused a true and correct copy of the foregoing on below-listed counsel by electronic means, as well as all counsel listed below by United States mail, properly addressed and first class postage prepaid.

Michael D. Hausfeld
Brian A. Ratner
COHEN, MILSTEIN, HAUSFELD
  & TOLL, P.L.L.C.
1100 New York Avenue, N.W.
Washington, DC 20005


Robert N. Kaplan
Linda P. Nussbaum
Kaplan Fox & Kilsheimer LLP
805 Third Avenue, 22nd Floor
New York, NY 10022


Steig Olson
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
150 E. 52nd St., 30th Fl.
New York, NY 10022


Paul E. Slater
SPERLING & SLATER, P.C.
55 W. Monroe Street, Suite 3300
Chicago, Illinois 60603


\_\_\_\_/S/_____
Linda P. Nussbaum

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MEIJER, INC. and MEIJER
DISTRIBUTION, INC.,

No. 1:06-cv-02155

*Plaintiffs*,

v.

ASTRAZENECA PHARMACEUTICALS
L.P.; ASTRAZENECA L.P.; ZENECA, INC.;
and ZENECA HOLDINGS, INC.,

*Defendants*.

### DECLARATION OF JOSEPH M. VANEK IN SUPPORT OF DEFENDANTS' MOTION FOR ADMISSION *PRO HAC VICE*

I, Joseph M. Vanek, do declare and state the following under penalty of perjury:

1. My full name is Joseph M. Vanek.

2. I am an attorney at Vanek Vickers & Masini P.C. My office is located at 111 South Wacker Drive, Suite 4050, Chicago, Illinois 60606. My telephone number is (312) 224-1500 and my facsimile number is (312) 224-1510.

3. I have been retained as counsel for Meijer, Inc. and Meijer Distribution, Inc. to appear as counsel *pro hac vice* in the above referenced case, pursuant to United States District Court of the District of Columbia Local Civil Rule 83.2(d).

4. I am a member in good standing of the Bar of the State of Illinois, and as such I am admitted to practice before the courts of the State of Illinois.

5. I am also admitted to practice before the Supreme Court of the United States, as well as the United States Court of Appeals for the Third, Fifth and Ninth Federal Circuits and the United States District Court for the Northern and Central Districts of Illinois.

6. I am also a member of the bar of the Commonwealth of Massachusetts

7. I have not been subject to disciplinary action by any Bar or court.

8. I have been admitted *pro hac vice* in less than five unrelated cases in this Court within the last year.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 21 day of August, 2007 in Chicago, Illinois.

Joseph M. Vanek
Vanek Vickers & Masini P.C.
111 South Wacker Drive
Suite 4050
Chicago, Illinois 60606
Ph. (312) 224-1500
Fax (312) 224-1510

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MEIJER, INC. and MEIJER
DISTRIBUTION, INC.,

No. 1:06-cv-02155

*Plaintiffs*,

v.

ASTRAZENECA PHARMACEUTICALS
L.P.; ASTRAZENECA L.P.; ZENECA, INC.;
and ZENECA HOLDINGS, INC.,

*Defendants*.

## ORDER

UPON CONSIDERATION of Meijer's Motion for Admission *Pro Hac Vice* of Joseph M. Vanek, and the grounds stated in support of the Motion, and the Declaration of Joseph M. Vanek, and the entire record herein, it is hereby

ORDERED that Meijer's Motion is granted; and it is

FUTHER ORDERED that Joseph M. Vanek is admitted as Meijer's counsel pro hac vice in this case.

So ordered on this _____ day of _____, 2007.

Honorable Richard W. Roberts
United States District Judge