**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ─────────────────────────── )<br>WALGREEN COMPANY et al., )<br> )<br>        Plaintiffs, )<br> )<br>        v. )<br> )<br>ASTRAZENECA PHARMACEUTICALS )<br>L.P. et al., )<br> )<br>        Defendants. )<br>─────────────────────────── ) | Civil Action No. 06-2084 (RWR) |
| RITE AID CORPORATION et al., )<br> )<br>        Plaintiffs, )<br> )<br>        v. )<br> )<br>ASTRAZENECA PHARMACEUTICALS )<br>L.P. et al., )<br> )<br>        Defendants. )<br>─────────────────────────── ) | Civil Action No. 06-2089 (RWR) |
| MEIJER, INC. et al., )<br> )<br>        Plaintiffs, )<br> )<br>        v. )<br> )<br>ASTRAZENECA PHARMACEUTICALS )<br>L.P. et al., )<br> )<br>        Defendants. )<br>─────────────────────────── ) | Civil Action No. 06-2155 (RWR) |

-2-

```
——————————————————————   )
                         )
LOUISIANA WHOLESALE DRUG )
CO., INC. et al.,        )
                         )
        Plaintiffs,      )
                         )
        v.               )   Civil Action No. 06-2157 (RWR)
                         )
ASTRAZENECA PHARMACEUTICALS )
LP et al.,               )
                         )
        Defendants.      )
——————————————————————   )
                         )
BURLINGTON DRUG COMPANY, )
INC. et al.,             )
                         )
        Plaintiffs,      )
                         )
        v.               )   Civil Action No. 07-0041 (RWR)
                         )
ASTRAZENECA PHARMACEUTICALS )
LP et al.,               )
                         )
        Defendants.      )
——————————————————————   )
```

**ERRATA**

This court's errata [55] dated February 26, 2008 to the memorandum opinion [53] is amended as follows:

1.  On page 1, line 1, "February 25, 2008" replaces "February 25, 2006."


SO ORDERED.

-3-

SIGNED this 27th day of February, 2008.

                                    /s/
                    _____
                    RICHARD W. ROBERTS
                    United States District Judge